UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.: 21CR3321-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| OSCAR GONZALEZ-LOPEZ, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting scheduled for February 18, 2022, at 1:30 p.m. be continued to April 1, 2022, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: February 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge